IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SOLOMON LEWIS, | Civil No. 3:15-cv-319 |
| Petitioner | (Judge Mariani) |
| v. | |
| C. MAIORANA, | |
| Respondent | |

### ORDER

**AND NOW**, this 7th day of October, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge